UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

       -against-

DEVONTE DELBAS,

               Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/8/2021____
```

21 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court will hold an initial conference in this action on **March 15, 2021**, at **3:00 p.m.**, using the Microsoft Teams access information provided by New York State Correctional Facilities on March 5, 2021. *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 4 (S.D.N.Y. Dec. 18, 2020) (Criminal proceedings "cannot be conducted in person without seriously jeopardizing public health and safety, and thus video teleconferencing, or telephone conferencing if video conferencing is not reasonably available, may be used in such proceedings with the consent of the defendant").

    To optimize the quality of the video feed, only the Court, Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the conference by dialing 888-398-2342 or 215-861-0674, and entering access code 5598827. All of those accessing the conference—whether in listen-only mode or otherwise—are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

    If possible, defense counsel shall discuss the attached Waiver of Right to be Present at a Criminal Proceeding with Defendant prior to the proceedings. If the Defendant consents, and is able to sign the form (either personally or, in accordance with Standing Order 20 Misc. 174 of March 27, 2020, by defense counsel), defense counsel shall e-mail the executed form to chambers **at least 24 hours prior to the proceeding**. In the event the Defendant consents, but counsel is unable to obtain

or affix the Defendant's signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature to the form.

    SO ORDERED.

Dated: March 8, 2021
       New York, New York

                                        ANALISA TORRES
                                   United States District Judge

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA

            -v-

_____,
                    Defendant.
---------------------------------------------------------------X
```

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

21 Cr. 106 (AT)

Defendant _____ hereby voluntarily consents to participate in the following proceeding via video conference:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence


_____     _____
Defendant's Signature                Defense Counsel's Signature

(Judge may obtain verbal consent on
Record and Sign for Defendant)


_____     _____
Print Defendant's Name               Print Defense Counsel's Name

This proceeding was conducted by reliable video conferencing technology.


_____                _____
Date                                   U.S. District Judge