```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

                -against-

DEVONTE DELBAS,

                                Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/19/2021_____

21 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial conference in this action scheduled for March 22, 2021, is ADJOURNED to **March 24, 2021**, at **3:00 p.m.** due to scheduling constraints at the Rikers Island correctional facilities. The hearing will proceed in accordance with the instructions at ECF No. 14.

    SO ORDERED.

Dated: March 19, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA

                -v-

_____,
                        Defendant.
---------------------------------------------------------------X
```

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

21 Cr. 106 (AT)

Defendant _____ hereby voluntarily consents to participate in the following proceeding via video conference:

___   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail/Revocation/Detention Hearing

___   Status and/or Scheduling Conference

___   Misdemeanor Plea/Trial/Sentence


_____                _____
Defendant's Signature                                      Defense Counsel's Signature


(Judge may obtain verbal consent on
Record and Sign for Defendant)


_____                _____
Print Defendant's Name                                     Print Defense Counsel's Name

This proceeding was conducted by reliable video conferencing technology.


_____                          _____
Date                                                       U.S. District Judge