USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Devonte Delbas          ,

        Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 106 (__)(__)

Defendant ___Devonte Delbas_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**     Initial Appearance/Appointment of Counsel

**X**     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Preliminary Hearing on Felony Complaint

___     Bail/Revocation/Detention Hearing

___     Status and/or Scheduling Conference

___     Misdemeanor Plea/Trial/Sentence

_Devonte Delbas_
Digitally signed by Devonte Delbas
Date: 2021.03.14 23:00:24 -04'00'

Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Devonte Delbas**
Print Defendant's Name

_Zawadi Baharanyi_
Digitally signed by Zawadi Baharanyi
Date: 2021.03.14 22:58:53 -04'00'

Defense Counsel's Signature

**Zawadi Baharanyi**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

3/24/2021
Date

_____
ANALISA TORRES
United States District Judge