USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/22/2021_

# Federal Defenders
## OF NEW YORK, INC.

52 Dua~~

David E. Patton
Executive Director
and Attorney-in-Chief

Attorney-in-Charge

April 22, 2021

**BY ECF**
The Honorable Judge Analisa Torres
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Devante Delbas**
      **21 CR. 106 (AT)**

Dear Judge Torres:

    With the consent of the Government, I write to request an adjournment of Mr. Delbas's pretrial conference currently scheduled for April 28, 2021. The requested adjournment would give Mr. Delbas time to review his discovery sent to him at Rikers, and would allow the parties time to discuss a pretrial resolution of this matter. The defense is available in late May and early June for this conference, *except* May 14- May 21.

    The Government requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between April 28, 2021 and the date of the next pretrial conference. Mr. Delbas consents to the exclusion of time until the next status conference.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
(917) 612-2753 (c)

GRANTED. The hearing scheduled for April 28, 2021, is ADJOURNED to **June 2, 2021**, at **2:00 p.m.**

The time between April 28, 2021, and June 2, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial in that this will allow time for Defendant to review discovery.

SO ORDERED.

Dated: April 22, 2021
       New York, New York

ANALISA TORRES
United States District Judge