# Federal Defenders
## OF NEW YORK, INC.

David E. Patton
*Executive Director
and Attorney-in-Chief*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/2021

June 1, 2021

**BY ECF**
The Honorable Judge Analisa Torres
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. Devante Delbas**
     **21 CR. 106 (AT)**

Dear Judge Torres:

With the consent of the Government, I write to request an adjournment of approximately 30 days of Mr. Delbas's pretrial conference currently scheduled for June 2, 2021. Mr. Delbas was recently transferred from Rikers to Ulster Correctional Facility. The requested adjournment would give counsel time to arrange a meeting or remote visit with him at his new facility to review discovery and discuss next steps in this matter. The defense is available in early July for this conference, *except* July 6 and 7.

The Government requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between June 2, 2021 and the date of the next pretrial conference. Mr. Delbas consents to the exclusion of time until the next status conference.

GRANTED. The hearing scheduled for June 2, 2021, is ADJOURNED to **July 8, 2021**, at 2:00 p.m. The time between June 2, 2021, and July 8, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow time for Defendant to review discovery.

SO ORDERED.

Dated: June 1, 2021
       New York, New York

ANALISA TORRES
United States District Judge