# Federal Defenders
## OF NEW YORK, INC.

52 Dua[ne]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/6/2021

*David E. Patton*
Executive Director
and Attorney-in-Chief

Attorney-in-Charge

July 2, 2021

**BY ECF**
The Honorable Judge Analisa Torres
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Devante Delbas**
**21 CR. 106 (AT)**

Dear Judge Torres:

With the consent of the Government, I write to request a brief adjournment of Mr. Delbas's pretrial conference currently scheduled for July 9, 2021. The defense has a conflict and is not available on July 9 due to a calendaring error on her part. Both the defense and the government are available for a pretrial conference in this matter anytime on July 20 and July 23.

The Government requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between July 9, 2021 and the date of the next pretrial conference. Mr. Delbas consents to the exclusion of time until the next status conference.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
(917) 612-2753 (c)

GRANTED. The hearing scheduled for July 8, 2021, is ADJOURNED to **July 20, 2021**, at **1:00 p.m.**

The time between July 9, 2021, and July 20, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow time for scheduling this matter.

SO ORDERED.

Dated: July 6, 2021
New York, New York

ANALISA TORRES
United States District Judge