```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/19/2021_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DEVONTE DELBAS,

                          Defendant.

21 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The hearing scheduled for July 20, 2021, is ADJOURNED to **July 22, 2021**, at **9:00 a.m.**, due to remote scheduling constraints at the Cape Vincent Correctional Facility. The hearing shall proceed via telephone conference. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. June 15, 2021), ECF No. 6 ("conditions make it necessary for the judges in this District to be able to continue to conduct proceedings remotely, by videoconference or teleconference").

At the time of the conference, the parties are directed to dial 888-398-2342 or 215-861-0674, and enter access code 5598827. Co-counsel, members of the press, and the public, may also access the audio feed of the conference by dialing the same number. All of those accessing the conference—whether in listen-only mode or otherwise—are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

The time between July 20, 2021, and July 22, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow the Court to schedule a remote proceeding in light of the ongoing public health crisis caused by COVID-19.

    SO ORDERED.

Dated: July 19, 2021
       New York, New York

                                                                ANALISA TORRES
                                                                 United States District Judge