UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/28/2021__

UNITED STATES OF AMERICA,

CC _____

**TELE CONFERENCE**

-against-

21 -**CR**- 106**( )( )**

Devonte Delbas                     Defendant(s).

------------------------------------------------------------------X

Defendant __Devonte Delbas_____ hereby voluntarily consents to
participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___     Initial Appearance Before a Judicial Officer

___     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
         Indictment Form)

___     Bail/Detention Hearing

_X_     Conference Before a Judicial Officer

__/s/Devonte Delbas_____                    ____/s/Zawadi S. Baharanyi_____
Defendant's Signature                            Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Devonte Delbas_____                       __Zawadi S. Baharanyi_____
Print Defendant's Name                           Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__July 28, 2021_____                         _____
Date                                             U.S. District Judge/U.S. Magistrate Judge