```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/18/2021____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

DEVONTE DELBAS,

                      Defendant.

21 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court, utilizing the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, shall seek to schedule a jury trial for the second calendar quarter of 2022. By **February 1, 2022**, the parties shall submit blackout dates for trial.

      SO ORDERED.

Dated: November 18, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge