UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DEVONTE DELBAS,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/7/2022____

21 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has been informed that Defendant is no longer seeking modification of the conditions of his pretrial release. ECF No. 29. Accordingly, the letter motion for modification, ECF No. 27, is DENIED as moot. The Clerk of Court is directed to terminate the motion at ECF No. 27.

    SO ORDERED.

Dated: January 7, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge