UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Devonte Delbas            Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 106 ( ) ( )

Defendant __Devonte Delbas_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_   Bail/Detention Hearing

___   Conference Before a Judicial Officer


/s/Devonte Delbas                              /s/Zawadi S. Baharanyi
Defendant's Signature                          Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Devonte Delbas                                 Zawadi S. Baharanyi
Print Defendant's Name                         Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

1/31/2022                                      /s/ Stuart J. Aaron
Date                                           U.S. Magistrate Judge