| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>UNITED STATES OF AMERICA,<br><br>          -against-<br><br>DEVONTE DELBAS,<br>                             Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _2/2/2022_____<br><br>21 Cr. 106 (AT)<br><br>**ORDER** |

ANALISA TORRES, District Judge:

      On November 18, 2021, the Court ordered the parties to provide blackout dates by February 1, 2022. ECF No. 26. The parties have failed to comply with this order. Accordingly, by **February 3, 2022**, at **5:00 p.m.**, the parties shall submit blackout dates for the second calendar quarter of 2022.

      SO ORDERED.

Dated: February 2, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge