UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DEVONTE DELBAS,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/18/2022_____

21 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Southern District of New York has adopted a centralized calendaring system for jury trials during the COVID-19 pandemic. The parties provided their availability for trial in the second calendar quarter of 2022, and stated that they are available to begin a jury trial on May 2, 2022. The Court shall, therefore, request that trial in this matter begin on **May 2, 2022**. Accordingly,

1. The parties shall file motions *in limine*, if any, by **March 7, 2022**. Opposition papers are due by **March 14, 2022**.

2. The parties shall submit joint proposed voir dire questions, requests to charge, and verdict forms by **March 7, 2022**. For any proposed voir dire question, request to charge, or section of the verdict form on which the parties cannot agree, each party shall clearly set forth its proposal and briefly state why the Court should use that question, charge, or verdict form section, with citations to supporting authority. The parties shall include with their proposed voir dire questions a brief description of the case and a list of names and places likely to be mentioned at trial, both to be read to prospective jurors during jury selection. At the time of filing, the parties shall submit two courtesy copies of the proposed voir dire questions, requests to charge, and verdict forms to the Court. In addition, the parties shall e-mail these materials, as Microsoft Word documents, to Torres_NYSDChambers@nysd.uscourts.gov.

3. The final pretrial conference shall occur on **April 19, 2022**, at **1:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: February 18, 2022
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge