UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                                      :
UNITED STATES OF AMERICA,             :

                                 Plaintiff,            :           21 Cr. 106 (AT)

                 v.                                             :           ORDER

 Devonte Delbas,                                  :

                                 Defendant.         :
-------------------------------------------------------- X

SARAH NETBURN, United States Magistrate Judge:

      It is hereby ORDERED, that by 10:00 a.m. on Wednesday, March 9, 2022, the defendant, Devonte Delbas, USM# 72959-054 is hereby remanded to the custody of the United States Marshal.

**SO ORDERED.**

Dated: March 8, 2022
       New York, New York

                                                                            SARAH NETBURN
                                                    United States Magistrate Judge