USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/14/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

Devonte Delbas,

Defendant.

**ORDER**

**21 Cr. 106 (AT)**

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on March 8, 2022;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Sentencing in this matter shall occur on **June 8, 2022**, at **2:00 p.m.**  Defendant's submission is due by **May 25, 2022**. The Government's submission is due by **June 1, 2022**.

SO ORDERED.

Dated: March 14, 2022
       New York, New York

ANALISA TORRES
United States District Judge