```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/15/2022   
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

DEVONTE DELBAS,

                Defendant.

21 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing in this case scheduled for June 8, 2022, is ADJOURNED to **July 12, 2022**, at **1:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  Defendants' submissions are due by **June 28, 2022**.  The Government's submissions are due by **July 5, 2022**.

      In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  To gain entry to 500 Pearl Street, follow the instructions provided here:

      https://www.nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf

      All individuals must practice social distancing at all times in the courthouse.  Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse.  Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted.  An approved mask will be provided if an individual does not have one.

      SO ORDERED.

Dated: April 15, 2022
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge