UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DEVONTE DELBAS,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/27/2022____

21 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 26, 2022, Defendant, Devonte Delbas, filed a letter requesting that the Court "recommend that [the Bureau of Prisons] designate [Mr. Delbas] to a community corrections facility (commonly known as a 'halfway house') for the remainder of his sentence—i.e. [sic] until his release date of January 3, 2023." ECF No. 52 at 1. Mr. Delbas appended a proposed recommendation for the Court to "so recommend[]" with his letter. *Id.* at 4.

By **October 28, 2022**, the Government shall file a letter informing the Court of its position on Mr. Delbas's request.

SO ORDERED.

Dated: October 27, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge