UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DEVONTE DELBAS,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/31/2022_

21 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 27, 2022, the Court ordered the Government to file a letter informing the Court of the Government's position on Defendant's request, ECF No. 52, by October 28, 2022. ECF No. 53. That submission is now overdue. By **November 1, 2022**, the Government shall file its letter.

SO ORDERED.

Dated: October 31, 2022
       New York, New York

ANALISA TORRES
United States District Judge