```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/1/2022____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DEVONTE DELBAS,

                        Defendant.

21 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 26, 2022, Defendant, Devonte Delbas, filed a letter requesting that the Court "recommend that [the Bureau of Prisons] designate [Mr. Delbas] to a community corrections facility (commonly known as a 'halfway house') for the remainder of his sentence—i.e. [sic] until his release date of January 3, 2023." ECF No. 52 at 1. Mr. Delbas appended a proposed recommendation for the Court to "so recommend[]" with his letter. *Id.* at 4. The Government takes no position on Mr. Delbas's request. ECF No. 55.

    By **November 2, 2022**, the U.S. Probation Office shall file a letter informing the Court of its position on Mr. Delbas's request.

    SO ORDERED.

Dated: November 1, 2022
       New York, New York

                                                            ANALISA TORRES
                                                  United States District Judge