```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA             :
                                                    RECOMMENDATION
             - v -                   :              21 Cr. 106(AT)

Devonte Delbas                       :

             Defendant.              :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2022

Upon the application of the defendant Devonte Delbas, Federal Register Number 72959-054, by his counsel, Zawadi S. Baharanyi, Esq., Staff Attorney with the Federal Defenders of New York, and good cause having been demonstrated, it is hereby

**RECOMMENDED** that the Bureau of Prisons re-designate Devonte Delbas to a community corrections facility in the New York Metropolitan area. Mr. Delbas is currently designated to MDC Brooklyn.

In order to advance the rehabilitative goals of sentencing and promote both community re-integration and family visitation, the Court recommends that the Bureau of Prisons re-designate Devonte Delbas to a community corrections facility in the New York Metropolitan area.

Dated:  New York, New York
        November 3, 2022

                                        **SO RECOMMENDED:**

                                        _____
                                        HONORABLE ANALISA TORRES
                                        UNITED STATES DISTRICT JUDGE