```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _04/04/2024____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DEVONTE DELBAS,

                  Defendant.

21 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a status conference in this matter regarding Defendant's alleged violation of supervised release on **April 30, 2024**, at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: April 4, 2024
       New York, New York

                                                ANALISA TORRES
                                       United States District Judge