```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/9/2024____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

DEVONTE DELBAS,

                    Defendant.

21 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a status conference in this matter regarding Defendant's alleged violation of supervised release on **October 21, 2024**, at **4:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: October 9, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge