UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DEVONTE DELBAS,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/7/2024_____

21 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court shall hold an evidentiary hearing in this matter regarding Defendant's alleged violation of supervised release on **December 20, 2024**, at **1:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  By **December 13, 2024**, the parties shall submit a joint status report apprising the Court as to the scope of the hearing.

      SO ORDERED.

Dated: November 7, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge