USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/7/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

**ORDER**

- v. -

DEVONTE DELBAS,

21 Cr. 106 (AT)

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    WHEREAS, the Government in the above-captioned case has advised the Court that a hearing concerning reported violations of the conditions of supervised release by the defendant, Devonte Delbas, will be required to resolve the pending violation specifications;

    AND WHEREAS, the Government has requested access to the case file maintained by the U.S. Probation Office for the defendant, Devonte Delbas, so as to prepare for the hearing and to comply with the Government's obligations pursuant to the Federal Rules of Criminal Procedure; *Brady v. Maryland*, 373 U.S. 83 (1963); *United States v. Giglio*, 405 U.S. 763 (1972), and its progeny; and Title 18, United States Code, Section 3500;

    IT IS HEREBY ORDERED that the U.S. Probation Office for the relevant United States Probation Office for the defendant provide a copy of the case file maintained for the defendant, Devonte Delbas, including but not limited to the Probation Office's chronological notes, results of drug tests, treatment reports, location monitoring notifications, communications with the defendant and/or the defendant's family members, and any other materials that underly the specifications in the Third Amended Violation Report dated May 29, 2024, to the Government for its review.

SO ORDERED:

Dated:   November _7_, 2024
           New York, New York

                                                HON. ANALISA TORRES
                                                United States District Judge