UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

DEVONTE DELBAS,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/26/2025__

21 Cr. 106 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing scheduled for March 17, 2025, is ADJOURNED to **March 24, 2025**, at **11:00 a.m.** By **March 10, 2025**, Defendant shall file his sentencing submission. By **March 17, 2025**, the Government shall file its submission.

SO ORDERED.

Dated: February 26, 2025
New York, New York

ANALISA TORRES
United States District Judge